UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00062-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANTIONETTE ALLEN,
a/k/a Antoinette Allen,

        Defendant.

## ORDER AUTHORIZING DISCLOSURE OF GRAND JURY TRANSCRIPT

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material to Defendant **(#11)**, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I). For the reasons stated in the motion, it is

ORDERED that the Government's motion is granted, and that Grand Jury testimony and Grand Jury exhibits may be disclosed to the Defendant and Defendant's attorney in the course of discovery in this case. Such materials shall only be used in defending this case; such materials shall be disclosed only to the Defendant and counsel for the Defendant; the Defendant's attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same; and such materials shall be returned to the United States at the end of the case.

DATED this 16th day of March 2006.

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge