UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00062-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANTIONETTE ALLEN,
a/k/a Antoinette Allen,

       Defendant.

## ORDER AND NOTICE OF HEARING

**IT IS HEREBY ORDERED** that a Compliance Review Hearing will be held on **June 28, 2007 at 4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 16th day of May, 2007

                                            **BY THE COURT:**

                                            */s/ Marcia S. Krieger*
                                            Marcia S. Krieger
                                            United States District Judge