UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00062-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTIONETTE ALLEN,
a/k/a Antoinette Allen,

    Defendant.

---

## ORDER AND NOTICE OF PROBATION REVOCATION HEARING

**IT IS HEREBY ORDERED** that a hearing will be held on **March 25, 2008,** at **9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 22nd day of January, 2008.

                                    **BY THE COURT:**

                                    *[signature]*

                                    Marcia S. Krieger
                                    United States District Judge