# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation of Probation**) |
| v. | Case Number: 06-cr-00062-MSK-01 |
| | USM Number: 34079-013 |
| ANTIONETTE ALLEN<br>a/k/a Antoinette Allen | Jonathan S. Willett, Appointed<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 12, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 10/17/06 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The government withdraws alleged violation 13.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

March 25, 2008
Date of Imposition of Judgment

*S/ Marcia S. Krieger*
Signature of Judge

Marcia S. Krieger, U.S. District Judge
Name & Title of Judge

March 26, 2008
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Possession and Use of a Controlled Substance | 01/21/07 |
| 3 | Possession and Use of a Controlled Substance | 01/26/07 |
| 4 | Possession and Use of a Controlled Substance | 11/23/07 |
| 5 | Possession and Use of a Controlled Substance | 12/01/07 |
| 6 | Possession and Use of a Controlled Substance | 12/07/07 |
| 7 | Possession and Use of a Controlled Substance | 12/14/07 |
| 8 | Failure to Participate in Substance Abuse Treatment as Instructed by the Probation Officer | 02/03/07 |
| 9 | Failure to Notify Officer of Change in Residence | 12/14/06 |
| 10 | Violation of the Law | 01/31/07 |
| 11 | Failure to Reside In/Comply with Rules of Community Corrections | 03/22/07 |
| 12 | Failure to Notify Officer of Change in Residence | 12/11/07 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy United States Marshal